# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**PHILADELPHIA INDEMNITY INSURANCE COMPANY,**
*Plaintiff*

V.　　　　　　　　　　　　　　　　Civil Action No. **5:17−CV−00083−FB**

**RENEW MINISTRIES, ET AL.,**
*Defendant*

## SUMMONS IN A CIVIL ACTION

TO:　**Terry R. Knighten**
**456 Wilderness Way**
**New Braunfels, Texas 78132**

　　A lawsuit has been filed against you.

　　Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

　　　　　　　　　　　　**William R. Pilat**
　　　　　　　　　　　　**Kane Russell Coleman & Logan PC**
　　　　　　　　　　　　**5051 Wesheimer Road, 10th Floor**
　　　　　　　　　　　　**Houston, TX 77056**

　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**JEANNETTE J. CLACK**
CLERK OF COURT

**s/AMY E. JACKSON**
DEPUTY CLERK

**ISSUED ON 2017−02−09 15:08:15**

Civil Action No. 5:17–CV–00083–FB

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

    This summons for*(name of individual and title, if any)*_____
was received by me on*(date)*_____.

☐    I personally served the summons on the individual at *(place)*_____
_____on *(date)*_____; or

☐    I left the summons at the individual's resident or usual place of abode with*(name)*_____
_____, a person of suitable age and discretion who resides there,
on *(date)*_____, and mailed a copy to the individual's last known address; or

☐    I served the summons on*(name of individual)*_____, who is
designated by law to accept service of process on behalf of*(name of organization)*_____
_____ on*(date)*_____; or

☐    I returned the summons unexecuted because _____; or

☐    Other (specify):_____
    _____
    _____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty that this information is true.

Date: _____                                _____
                                                          *Server's signature*

                                                          _____
                                                          *Printed name and title*

                                                          _____
                                                          *Server's Address*

Additional information regarding attempted sevice, etc:
_____
_____