THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT COURT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, *Plaintiff*, | § § § § § | |
| v. | § | CIVIL NO. 5:17-CV-00083-FB |
| RENEW MINISTRIES f/k/a CELEBRATE LIFE CHURCH, INC. and TERRY R. KNIGHTEN. *Defendant.* | § § § § § | |

## NOTICE OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL FOR INTERVENORS AMY ARP AND KRISTEN HARVEY

Please take notice that the following attorney is entering an appearance for Intervenors, Amy Arp and Kristen Harvey, and will serve as lead counsel and attorney in charge.

Scott J. Braden
Texas State Bar No. 24067525
scott@komieandmorrow.com
7703 N. Lamar Blvd., Suite 410
Austin, Texas 78752
Telephone: (512) 338-0900
Facsimile: (512) 338-0902

Mr. Braden is currently admitted to practice in the United States District Court, Western District of Texas.

Dated: February 22, 2017

Respectfully submitted,

KOMIE & MORROW LLP
Christopher T. Morrow
Texas State Bar No. 00791307
Scott J. Braden
scott@komieandmorrow.com

Texas State Bar No. 24067525
7703 North Lamar Boulevard, Ste 410
Austin, Texas 78752
(512) 338-0900 [Tel.]
(512) 338-0902 [Fax]
ATTORNEYS FOR PLAINTIFF

# CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing legal instrument has been forwarded in accordance with the FEDERAL RULES OF CIVIL PROCEDURE as follows:

*Sent via facsimile to 713-425-7700*

William R. Pilat
Texas Bar No. 00788205
KANE RUSSELL COLEMAN & LOGAN PC
5051 Westheimer Road. 10th Floor
Houston, Texas 77056
Telephone: 713-425-7400
Facsimile: 713-425-7700

Attorney for Plaintiff

On this the 22nd February, 2017

Scott J. Braden