IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. SA-17-CA-083-FB |
| RENEW MINISTRIES f/k/a CELEBRATE LIFE CHURCH, INC. and TERRY R. KNIGHTEN, | § § § § | |
| Defendants. | § § | |

## ORDER GRANTING JOINT MOTION FOR LEAVE TO INTERVENE

Before the Court is the Joint Motion for Leave to Intervene filed by Amy Arp and Kristen Harvey pursuant to Federal Rule of Civil Procedure 24(a)(2), or in the alternative, pursuant to Federal Rule of Civil Procedure 24(b)(1)(B) on February 22, 2017 (docket #8). At issue in this case is whether plaintiff Philadelphia Indemnity Insurance Company has a duty to defend defendants Renew Ministries and Terry R. Knighten from claims of negligence, gross negligence, breach of fiduciary duty, assault, intentional infliction of emotional distress, and sexual exploitation by a mental health services provider asserted by Amy Arp and Kristen Harvey. No response or opposition to the motion has been received. The Court finds the motion has merit and should be granted.

Accordingly, IT IS HEREBY ORDERED that the Joint Motion for Leave to Intervene (docket #8) is GRANTED such that intervenors Amy Arp and Kristen Harvey may **traditionally file** their Answer in Intervention attached to the motion on or before **May 17, 2017**. *See* Section 5(a)(3), *Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases*, Western District of Texas, revised December 1, 2016 (civil pleadings must be traditionally filed if new parties are added).

It is so ORDERED.

SIGNED this 3rd day of May, 2017.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE