

LES KATONA, JR.
ATTORNEY AT LAW

CAVARETTA, KATONA & LEIGHNER, PLLC

KATONAL@CKL-LAWYERS.COM
T: 210-588-2901
F: 210-588-2908

# VACATION LETTER

May 25, 2017

Clerk of the Court                             *VIA ELECTRONIC FILING SERVICE*
U.S. District Clerk
Western District of San Antonio
655 Cesar E. Chavez Blvd., Room G65
San Antonio. Texas 78206

RE:   **Civil Action No. SA-17-CA-0083-FB**
      *Philadelphia Indemnity Insurance Company v Renew Ministries f/k/a Celebrate Life Church, Inc., and Terry R. Knighten*
      In the United States District Court for the Western District of Texas, San Antonio Division
      Our File No. 6323-004

Dear Sir:

Please be advised that I will be on vacation and unavailable for hearings or depositions from June 1, 2017 through June 13, 2017. Please do not schedule any hearings during this time in any matter in which I am attorney of record or otherwise materially involved. By copy of this correspondence, I am notifying all counsel of record of my scheduled vacation and requesting that they refrain from scheduling any hearings, depositions, etc. during this time.

Thank you for your attention to this matter.

Sincerely,

Les Katona, Jr.

LEK/mrd
cc:   William R. Pilat *(Via Electronic Filing Service))*
      Mark J. Cannan *(Via Electronic Filing Service)*