IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, § § § | |
| *Plaintiff*, § § | |
| VS. § | CIVIL ACTION NO. 5:17-cv-00083-FB |
| § | |
| RENEW MINISTRIES f/k/a CELEBRATE LIFE CHURCH, INC. and TERRY R. KNIGHTEN, § § § § | |
| *Defendants*. § | |

## SCHEDULING RECOMMENDATIONS

The parties recommend that the following deadlines be entered in the scheduling order to control the course of this case:

1. A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed by September 15, 2017.

2. As stipulated by the Parties, initial disclosures shall be made on or before July 7, 2017.

3. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by September 15, 2017, and each opposing party shall respond, in writing, by September 29, 2017.

4. The parties shall file all motions to amend or supplement pleadings or to join additional parties by October 20, 2017.

5. All parties asserting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file the materials required by FED. R. CIV. P. 26(a)(2)(B) by December 15, 2017.

Parties resisting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file the materials required by FED. R. CIV. P. 26(a)(2)(B) by February 2, 2018. All designations of rebuttal experts shall be designated within 14 days of receipt of the report of the opposing expert.

6. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within 14 days of receipt of the written report of the expert's proposed testimony, or within 35 days of the expert's deposition, if a deposition is taken, whichever is later.

7. The parties shall complete all discovery on or before March 16, 2018. Counsel may, by agreement, continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

8. All dispositive motions shall be filed no later than April 20, 2018. Dispositive motions as defined in Local Rule CV-7(c) and responses to dispositive motions shall be limited to 30 pages in length, exclusive of the caption, signature block, any certificate, and accompanying documents.

9. The trial date will be determined at a later date by the Court. The parties shall consult Local Rule CV-16(e)-(g) regarding matters to be filed in

advance of trial. At the time the trial date is set, the Court will also set the deadline for the filing of matters in advance of trial.

10. All of the parties who have appeared in the action conferred concerning the contents of the proposed scheduling order and the parties have agreed as to its contents.

Plaintiff offers the following explanation of why all parties have not been served:  Not applicable.

Dated:  June 16, 2017

                                                                Respectfully submitted,

                                                                */s/   William R. Pilat*
William R. Pilat
Texas Bar No. 00788205
Email:  wpilat@krcl.com
Admitted in Western District of Texas
KANE RUSSELL COLEMAN LOGAN PC
5051 Westheimer Road, 10th Floor
Houston, Texas 77056
Telephone:  713-425-7400
Facsimile:   713-425-7700

**ATTORNEY-IN-CHARGE FOR PHILADELPHIA INDEMNITY INSURANCE COMPANY**

    */s/   Leslie E. Katona, Jr.*
Leslie E. Katona, Jr.
Texas Bar No. 11106680
Admitted in Western District of Texas
Email:  katonal@ckl-lawyers.com
CAVARETTA, KATONA & LEIGHNER, PLLC
One Riverwalk Place
700 N. St. Mary's Street, Suite 1500
San Antonio, Texas 78205
Telephone:  210-588-2906
Facsimile:   210-588-2908

**ATTORNEY IN CHARGE FOR DEFENDANT RENEW MINISTRIES f/k/a CELEBRATE LIFE CHURCH, INC.**

**Of Counsel:**

Laura A. Cavaretta
Texas Bar No. 04022820
Admitted in Western District of Texas
Email:  cavarettal@ckl-lawyers.com
CAVARETTA, KATONA & LEIGHNER, PLLC
One Riverwalk Place
700 N. St. Mary's Street, Suite 1500
San Antonio, Texas 78205
Telephone:  210-588-2906
Facsimile:   210-588-2908

    */s/   Jeffrey J. Jowers*
Jeffrey J. Jowers
Texas Bar No. 24012932
Admitted in Western District of Texas
Email:  jowersj@clemens-spencer.com
CLEMENS & SPENCER, P.C.
112 E. Pecan Street, Suite 1300
San Antonio, Texas 78205
Telephone:  210-227-7121
Facsimile:   210-227-0732

**ATTORNEY IN CHARGE FOR DEFENDANT TERRY R. KNIGHTEN**

**Of Counsel:**

Mark J. Cannan
Texas Bar No. 03743899
Email:  cannanm@clemens-spencer.com
Geoffrey Courtney
Texas Bar No. 00790514
Email:  courtneyg@clemens-spencer.com
CLEMENS & SPENCER, P.C.
112 E. Pecan Street, Suite 1300
San Antonio, Texas 78205
Telephone:  210-227-7121
Facsimile:   210-227-0732

                                               */s/   Scott J. Braden*
                                       Scott J. Braden
                                       Texas Bar No. 24067525
                                       Email:  scott@komieandmorrow.com
                                       KOMIE & MORROW LLP
                                       7703 North Lamar Blvd., Suite 410
                                       Austin, Texas 78752
                                       Telephone:  512-338-0900
                                       Facsimile:   512-338-0902

                                       **ATTORNEY IN CHARGE FOR INTERVENORS**
                                       **AMY ARP AND KRISTIN HARVEY**

**Of Counsel:**

Christopher T. Morrow
Texas Bar No. 00791307
Email:  chris@komieandmorrow.com
KOMIE & MORROW LLP
7703 North Lamar Blvd., Suite 410
Austin, Texas 78752
Telephone:  512-338-0900
Facsimile:   512-338-0902

## **CERTIFICATE OF SERVICE**

This is to certify that on June 16, 2017, a true and correct copy of the foregoing *Scheduling Recommendations* was forwarded to all other counsel of record, as listed below, by electronic transmission through the electronic case filing system of the United States District Court for the Western District of Texas:

Jeffrey J. Jowers
Mark J. Cannan
Geoffrey Courtney
CLEMENS & SPENCER, P.C.
112 E. Pecan Street, Suite 1300
San Antonio, Texas 78205

Leslie E. Katona, Jr.
CAVARETTA, KATONA & FRANCIS, PLLC
One Riverwalk Place
700 N. St. Mary's Street, Suite 1500
San Antonio, Texas 78205

Scott J. Braden
Christopher T. Morrow
KOMIE & MORROW LLP
7703 N. Lamar Blvd., Suite 410
Austin, Texas 78752

                                                            */s/ William R. Pilat*
                                                            William R. Pilat