IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| PHILADELPHIA INDEMNITY § | |
| INSURANCE COMPANY § | |
| § | |
| VS. § | CIVIL ACTION NO. 5:17-cv-00083-FB |
| § | |
| RENEW MINISTRIES f/k/a § | |
| CELEBRATE LIFE CHURCH, INC. § | |
| and TERRY R. KNIGHTEN § | |

**NOTICE OF PLAINTIFF'S SERVICE OF**
**INITIAL RULE 26(a)(1) DISCLOSURES**

Philadelphia Indemnity Insurance Company, the Plaintiff in the above-entitled and numbered cause, provides notice to the Court that on July 3, 2017, it served its initial Rule 26(a)(1) Disclosures upon counsel of record for all other parties.

Dated:   July 6, 2017

Respectfully submitted,

_/s/   William R. Pilat_
William R. Pilat
Texas Bar No. 00788205
Admitted in Western District of Texas
KANE RUSSELL COLEMAN LOGAN PC
5051 Westheimer Road, 10th Floor
Houston, Texas  77056
Telephone:  713-425-7400
Facsimile:  713-425-7700
E-mail:  wpilat@krcl.com

ATTORNEY-IN-CHARGE FOR PLAINTIFF

OF COUNSEL:

Andrew J. Mihalick
Texas Bar No. 24046439
Appearing Pro Hac Vice
KANE RUSSELL COLEMAN LOGAN PC
5051 Westheimer Road, 10th Floor
Houston, Texas 77056
Telephone:  713-425-7400
Facsimile:   713-425-7700
Email:  amihalick@krcl.com

## CERTIFICATE OF SERVICE

    I certify that on July 6, 2017, a true and correct copy of the foregoing *Notice of Plaintiff's Service of Initial Rule 26(a)(1) Disclosures* was served by email upon counsel of record for all other parties, as listed below:

    Jeffrey J. Jowers
    Mark J. Canaan
    Geoffrey Courtney
    CLEMENS & SPENCER, P.C.
    112 E. Pecan Street, Suite 1300
    San Antonio, Texas 78205

    Leslie E. Katona, Jr.
    Laura A. Cavaretta
    CAVARETTA, KATONA & LEIGHNER, PLLC
    One Riverwalk Place
    700 N. St. Mary's Street, Suite 1500
    San Antonio, Texas 78205

    Scott J. Braden
    Christopher T. Morrow
    KOMIE & MORROW LLP
    7703 N. Lamar Blvd., Suite 410
    Austin, Texas 78752

                                                                 /s/   William R. Pilat
                                                                 William R. Pilat