IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, § § § | |
| *Plaintiff,* § § | |
| VS. § | CIVIL ACTION NO. 5:17-cv-00083-FB |
| § | |
| RENEW MINISTRIES f/k/a CELEBRATE LIFE CHURCH, INC. and TERRY R. KNIGHTEN, § § § § | |
| *Defendants.* § | |

**PLAINTIFF PHILADELPHIA INDEMNITY INSURANCE COMPANY'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Fed. R. Civ. P. 15(a)(2), Plaintiff Philadelphia Indemnity Insurance Company ("Plaintiff") files this Unopposed Motion for Leave to File Plaintiff's Second Amended Complaint.

**I.**

**PROCEDURAL AND FACTUAL BACKGROUND**

1. Plaintiff commenced this action on February 6, 2017, by filing Plaintiff's Original Petition for Declaratory Judgment. (Doc. #1.) Plaintiff named two defendants, Renew Ministries, Inc. f/k/a Celebrate Life Church, Inc. ("Renew") and Terry Knighten ("Knighten"). (*See id.*) Plaintiff filed its First Amended Complaint for Declaratory Judgment three days later. (Doc. #2.)

2.	On March 7, 2017, Knighten filed an Unopposed Motion to Extend Time to Respond to Plaintiff's First Amended Complaint for Declaratory Judgment (Doc. #11). The Court granted that motion one day later (Doc. #12). Knighten filed his responsive pleading, in the way of an answer and a counterclaim, on March 29, 2017. (Doc. #15.)

3.	On March 13, 2017, Renew filed an Unopposed Motion to Extend Time to Respond to Plaintiff's First Amended Complaint for Declaratory Judgment (Doc. #13). The Court granted that motion (Doc. #14), and Renew answered Plaintiff's allegations on March 31, 2017. (Doc. #17.)

4.	Plaintiff filed this action seeking a declaratory judgment concerning those parties' rights and duties under several insurance policies Plaintiff issued to Renew, with respect to two underlying lawsuits pending in state district courts in Comal County, Texas. Those lawsuits, which were both filed on October 18, 2015, are: (1) Cause No. C2016-1722C, *Amy Arp v. Terry Knighten, Renew Ministries, Inc. and Celebrate Life Church, Inc.*, in the 274th Judicial District Court of Comal County, Texas (the "Arp Lawsuit"), and (2) Cause No. C2016-1723D, *Kristen Harvey v. Terry Knighten, Renew Ministries, Inc. and Celebrate Life Church, Inc.*, in the 433rd Judicial District Court of Comal County, Texas (the "Harvey Lawsuit"). Both of those lawsuits allege that Knighten engaged in unwanted and nonconsensual sexual assaults of the underlying plaintiffs while Knighten was the pastor and operator of Renew. (*See* Doc. #2-1, at 3-4; Doc. #2-2, at 3-4.)

5. On or about June 6, 2017, Renew sent Plaintiff a copy of Plaintiff's Original Petition in another state court lawsuit, by other claimants who allege that Knighten engaged in unwanted and nonconsensual sexual assaults. This new lawsuit, numbered and styled as Cause No. C2017-0741C, *Kristi Guerrero and Samuel Guerrero v. Terry Knighten, Renew Ministries, f/k/a Celebrate Life Church, Inc.*, is pending in the 274th Judicial District Court of Comal County, Texas (the "Guerrero Lawsuit"). Renew asked Plaintiff to defend it against the claims in the Guerrero lawsuit, just as Renew had for the Arp Lawsuit and the Harvey Lawsuit. Plaintiff has since agreed to provide a defense for Renew, subject to a reservation of rights.

6. On April 26, 2017, the Court entered an Order for Scheduling Recommendations and Advisory Concerning Assignment of Magistrate Judge. (Doc. #20). That Order directed the parties to submit a proposed scheduling order, including the following proposed guideline:

> 3. The parties shall file all motions to amend or supplement pleadings or to join additional parties by (the standard period being <u>120 days</u> after the first defendant's appearance).

Doc. #20, at 2.

7. On June 16, 2017, the parties filed their proposed Scheduling Recommendations. (Doc. #26.) That filing contained this proposed deadline:

> 4. The parties shall file all motions to amend or supplement pleadings or to join additional parties by October 20, 2017.

Doc. #26, at 1.

---

8. The Court has not yet entered a scheduling order. Plaintiff is filing this motion for leave within the deadline the Court proposed (120 days after the first defendant's appearance) and the date the parties recommended.

## II.
### THE MOTION FOR LEAVE

9. Plaintiff seeks leave of court to file the proposed Plaintiff's Second Complaint for Declaratory Judgment, a copy of which is attached as **Exhibit A**.

10. Plaintiff's Second Complaint for Declaratory Judgment seeks to broaden the declaratory relief Plaintiff currently seeks to encompass the Guerrero Lawsuit.

11. This motion for leave and the proposed Plaintiff's Second Complaint for Declaratory Judgment conform with Fed. R. Civ. P. 8(a) and 10.

## III.

12. The proposed pleading amendment will not work any prejudice or create any surprise for Defendants or the parties who subsequently intervened in this lawsuit.

### PRAYER

Based on the foregoing, Plaintiff Philadelphia Indemnity Insurance Company prays that the Court grant this Unopposed Motion for Leave to Amend Complaint, and that the Court allow Plaintiff's Second Complaint for Declaratory Judgment to be filed among the papers in this case.

Dated:   July 18, 2017

                Respectfully submitted,

                */s/   William R. Pilat*
                William R. Pilat
                Texas Bar No. 00788205
                Admitted in Western District of Texas
                KANE RUSSELL COLEMAN & LOGAN PC
                5051 Westheimer Road, 10th Floor
                Houston, Texas  77056
                Telephone:  713-425-7400
                Facsimile:   713-425-7700
                Email:  wpilat@krcl.com

                ATTORNEY IN CHARGE FOR PLAINTIFF

**OF COUNSEL:**

Andrew J. Mihalick
Texas Bar No. 24046439
Appearing Pro Hac Vice
KANE RUSSELL COLEMAN LOGAN PC
5051 Westheimer Road, 10th Floor
Houston, Texas 77056
Telephone:  713-425-7400
Facsimile:   713-425-7700
Email:  amihalick@krcl.com

## CERTIFICATE OF CONFERENCE

     I certify that I emailed a draft version of the preceding Motion for Leave, with the accompanying proposed amended complaint, to the attorneys for all the other parties to this case. On July 12, 2017, Jeffrey Jowers, who represents Renew Ministries, informed me he was unopposed to the filing of the motion for leave. Christopher Morrow, who represents Intervenors Amy Arp and Kristen Harvey, informed me on July 14, 2017, that he was unopposed to the filing of the motion for leave. Les Katona, who represents Renew Ministries, informed me on July 18, 2017 that he was unopposed to the filing of the motion.

                */s/ William R. Pilat*
                William R. Pilat

## **CERTIFICATE OF SERVICE**

      I certify that on July 18, 2017, a true and correct copy of the foregoing *Motion for Leave* was forwarded to all other counsel of record, as listed below, by electronic filing through the electronic case filing system that serves the United States District Courts for the Western District of Texas:

Jeffrey J. Jowers
Mark J. Canaan
Geoffrey Courtney
CLEMENS & SPENCER, P.C.
112 E. Pecan Street, Suite 1300
San Antonio, Texas 78205

Leslie E. Katona, Jr.
Laura A. Cavaretta
CAVARETTA, KATONA & LEIGHNER, PLLC
One Riverwalk Place
700 N. St. Mary's Street, Suite 1500
San Antonio, Texas 78205

Scott J. Braden
Christopher T. Morrow
KOMIE & MORROW LLP
7703 N. Lamar Blvd., Suite 410
Austin, Texas 78752

                                                */s/ William R. Pilat*
                                                William R. Pilat