IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, § § § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. SA-17-CA-083-FB |
| § | |
| RENEW MINISTRIES f/k/a CELEBRATE LIFE CHURCH, INC., and TERRY R. KNIGHTEN, § § § § | |
| Defendants. § | |

**J U D G M E N T**

On this date came on to be considered the Judgment to be entered in the above-styled and numbered cause.

Consistent with the Order on Plaintiff Philadelphia Indemnity Insurance Company's Motions for Summary Judgment Against Defendants Renew Ministries and Terry Knighten, and Plaintiff Philadelphia Indemnity Insurance Company's Motions for Partial Summary Judgment as to Counterclaims by Defendants Renew Ministries and Terry Knighten filed in this cause on this same date,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Plaintiff Philadelphia Indemnity Insurance Company's Rule 56 Motions for Partial Summary Judgment on Defendant Renew Ministries, Inc.'s Counterclaims and on Defendant Terry R. Knighten's Counterclaims (docket numbers 45 and 46) are GRANTED, and Plaintiff Philadelphia Indemnity Insurance Company's Rule 56 Motions for Summary Judgment Against Defendant Terry Knighten and Defendant Renew Ministries, Inc. (docket numbers 55 and 57) are DENIED.

Having addressed the motions and all claims before this Court, IT IS FURTHER ORDERED that this case is DISMISSED. Motions pending, if any, are also DISMISSED, and this case is CLOSED.

It is so ORDERED.

SIGNED this 6th day of July, 2018.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE